UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH CANDLER,

        Plaintiff,

   v.

PRATHER, et al.,

        Defendants.

No.  2:17-cv-0023-EFB P

ORDER

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed an application for leave to proceed in forma pauperis, but he failed to sign it.  *See* ECF No. 2.  Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P. 11(a). The court cannot rule on plaintiff's application for leave to proceed in forma pauperis because plaintiff has not signed it.

     Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice.
2. Within 30 days from the date of this order, plaintiff shall submit a signed affidavit in support of his request for leave to proceed in forma pauperis.

1

3. Plaintiff's failure to comply with this order may result in this action being dismissed.

4. The Clerk of the Court is directed to send plaintiff a copy of the in forma pauperis form used by this district.

DATED: January 17, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE