IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH CANDLER,** | Case No. 2:17-cv-0023-JAM-EFB (PC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO STAY DISCOVERY AND VACATE DEADLINES** |
| v. | |
| **PRATHER, et al.,** | |
| Defendants. | |

On November 2, 2018, Defendants Romney and Prather filed a motion to stay discovery in and vacate the November 23, 2018 and February 1, 2019 deadlines, pending resolution of Defendant Romney's motion for summary judgment. The motion was filed in order to prevent waste of resources while the motion for summary judgment is pending.

Accordingly, good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' motion to stay discovery and vacate deadlines is GRANTED;

2. The current discovery cutoff date of November 23, 2018, and the deadline to move to compel discovery on the same date are hereby vacated;

3. The current dispositive motion deadline date of February 1, 2019 is hereby vacated;

4. Discovery in this matter is stayed;

1

5. Following the resolution of Defendant Romney's motion for summary judgment, the court shall issue a new scheduling order, if needed.

6. All other directives in the court's July 24, 2018 discovery and scheduling order (ECF No. 19) are to remain in full force and effect.

IT IS SO ORDERED.

Dated: November 5, 2018.

The Honorable Edmund F. Brennan