UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRATHER, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-23-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a California Department of Corrections and Rehabilitation ("CDCR") inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 8, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations and defendants have file a response thereto.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 8, 2019, are adopted in full;

2. Defendant Romney's motion for summary judgment (ECF No. 20) is GRANTED; and

3. Plaintiff's claims against him are DISMISSED without prejudice for failure to exhaust administrative remedies.

So ordered.

DATED: October 7, 2019

                                              /s/ John A. Mendez_____

                                              UNITED STATES DISTRICT COURT JUDGE