UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRATHER, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-23-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his opposition to defendant Prather's motion for summary judgment.

Plaintiff's request (ECF No. 36) is granted and plaintiff has 14 days from the date this order is served to file his opposition.

So ordered.

Dated: March 16, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE